UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NCS PEARSON, INC.

Plaintiff,

v.

MEASURED PROGRESS, INC.,

Defendant.

01-CV-386 JMR/SRN

**JOINT REQUEST FOR EXTENSION OF TIME TO ANSWER**

The parties, through their respective counsel, hereby request that Defendant Measured Progress, Inc's time to answer Plaintiff NCS Pearson, Inc.'s Complaint, be extended to April 23, 2001.

Date: 3/22/01

Robert J. Glance

Albert L. Underhill
Robert J. Glance
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Ph: (612) 332-5300

Attorneys for Plaintiff
NCS PEARSON, INC.

Date: 3/22/01

John A. Dragseth, Esq. (No. 0274896)
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
Ph: (612) 335-5070
Fax: (612) 288-9696

OF COUNSEL:
Robert E. Hillman
Michael E. Zeliger
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Ph: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Defendant
MEASURED PROGRESS, INC.

IT IS SO ORDERED.

Dated: March 23, 2001

Franklin L Noel

The Honorable Franklin Noel
Chief Magistrate Judge

MAR 26 2001

..., CLERK
JUDGMENT ENTD ...
DEPUTY CLERK ...