137567

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-386 JMR/SRN **Case Title:** NCS Pearson, Inc. v Measured Progress, Inc.

**Affidavit of Movant**

I, Michael J. Kane, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Robert E. Hillman, an attorney admitted to practice in the ________ District of Massachusetts, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff ( )defendant Defendant in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

SIGNATURE ON COVER letter
Signature

247625
MN Attorney License #

Date

**Affidavit of Proposed Admittee**

I, Robert E. Hillman, am currently a member in good standing of the U.S. District Court for the ________ District of Massachusetts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

~~Robert E. Hillman~~
Type/Print Name

Robert E. Hillman
Signature

4/23/01
Date

Attorney License Number: **234820**

Law Firm Name & Address: Fish & Richardson P.C.
225 Franklin Street
Boston, MN 02110

Telephone: ( ) 617.542.5070

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

APR 25 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED APR 25 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________